Douglas A. REDLESKI, Plaintiff—
Appellant,

v.

Lawrence MILLER, Judge, Circuit
Court of Preston County, West Virgi-
nia, Respondent—Appellee.

No. 04–6340.

United States Court of Appeals,
Fourth Circuit.

Submitted June 24, 2004.

Decided July 1, 2004.

Douglas A. Redleski, Appellant pro se.
John M. Hedges, Byrne & Hedges, Mor-
gantown, West Virginia, for Appellee.

Before WILKINSON, NIEMEYER,
and SHEDD, Circuit Judges.

Dismissed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit. See Local Rule
36(c).

PER CURIAM:

Douglas A. Redleski appeals the district
court's order accepting the recommenda-
tion of the magistrate judge and denying
relief on his 42 U.S.C. § 1983 (2000) com-
plaint under 28 U.S.C. § 1915A(b) (2000).
We have reviewed the record and find that
this appeal is frivolous. Accordingly, we
dismiss the appeal on the reasoning of the
district court. *See Redleski v. Miller,* No.
CA–03–58–2 (N.D.W.Va. Feb. 10, 2004).
We dispense with oral argument because
the facts and legal contentions are ade-
quately presented in the materials before
the court and argument would not aid the
decisional process.

*DISMISSED*